# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: Roderick C. Latson | * | Case No: 20-30223 |
| Debtor. | * | Chapter 7 |
| * * * * * * | * | Judge Gustafson |
| Roderick C. Latson, | * | |
| Plaintiff, | * | Adv. Proc. No: 20-03049 |
| vs. | * | |
| U.S. Department of Education, et. al., | * | |
| Defendants. | * | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Now comes Plaintiff, by and through counsel, and hereby gives notice of the voluntary Dismissal of this adversary action, without prejudice.

Respectfully submitted,

　/s/ Edward L. Schimmel
Edward L. Schimmel
Attorney for Plaintiff/Debtor
715 S. Coy Rd.
Oregon, OH 43616
Tel: (419) 693-0911
Fax: 1-866-353-3607
Schimmel@Northwoodlaw.net

## CERTIFICATE OF SERVICE

      I certify that a copy of foregoing, was sent to the individuals listed below by electronic transmission, this 2nd day of November, 2021.

Office of the US Trustee
USTP.Region09@usdoj.gov
      *Served Electronically

Guillermo J. Rojas, Esq.
Guillermo.Rojas@usdoj.gov
      *Served Electronically

                                        BY: /s/ Edward L. Schimmel
                                                Edward L. Schimmel
                                                Attorney for Debtor