# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:

(Roderick C. Latson)

Case No. 20-03049-jpg
Chapter 7

Roderick C. Latson

v.

US Department of Education et al

(Related Case No.20-30223            )

**NATURE OF PROCEEDING:**

Further Pre-Trial Conference on Complaint by Roderick C. Latson against US Department of Education, Debt Management & Collection System, Ascendium Education Solutions, Inc., Navient Solutions, Inc, Deutsche Bank ELT SLM Trust 200.  Nature of Suit: (Dischargeability - 523(a)(8), student loan)

**APPEARANCES:**

- [ ] Plaintiff(s)
- [x] Atty for Plaintiff(s): Edward L Schimmel (ph)
- [x] Atty for Defendant(s): Guillermo Rojas (ph)
- [ ] Atty for

- [ ] Atty for
- [ ] Atty for
- [ ] Atty for
- [ ] Atty for

- [x] HELD
- [ ] NOT HELD
- [ ] MOTION TO CONTINUE F/C _____ DAYS
- [ ] AGREED ENTRY ON / BEFORE _____ DAYS
- [ ] STATUS REPORT ON / BEFORE _____ DAYS
- [ ] MOTION FOR DEFAULT ON / BEFORE _____ DAYS
- [ ] REQ. FOR ALIAS SUMMONS ON / BEFORE _____ DAYS
- [ ] MOTION TO BE WITHDRAWN _____ DAYS
- [ ] OBJECTION TO BE WITHDRAWN _____ DAYS
- [ ] GRANTED  [ ] APPROVED  [ ] DENIED  [ ] SUSTAINED
- [ ] DISMISSED
- [ ] ADJOURNED TO _____ AT _____

- [ ] EVIDENCE SUBMITTED

- [ ] TAKEN UNDER ADVISEMENT
- [ ] MOTION CUT-OFF
- [ ] DISCOVERY CUT-OFF
- [ ] AMENDED PLEADINGS
- [ ] FURTHER PRE-TRIAL
- [ ] TRIAL
- [ ] WITNESS / EX LISTS
- [ ] EXHIBITS TO COURT
- [ ] RULE 26(a)(1)(2) DISCLOSURE OF WITNESSES

**COMMENTS OF COURT:**

Hearing held.  Dismissal entry to be filed in Adversary Case, which will conclude the proceeding.

**HEARING DATE:** Tues., 11/2/2021
FOR COURT USE ONLY:
- [ ] Order Uploaded
- [ ] Need Order
- [ ] Return for Action